LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 224
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
TIMOTHY PAIGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>              Plaintiff,                      )<br>                                                              )<br>      v.                                            )<br>                                                              )<br>                                                              )<br>TIMOTHY PAIGE,                          )<br>                                                              )<br>              Defendant.                  )<br>_____) | Cr. No. S-05-0066 WBS<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>RE: STATUS CONFERENCE |

   The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant Timothy Paige, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

   1. The indictment charges defendant Paige with one count of 21 U.S.C. §841 - Distribution of Cocaine Base. Additionally, the indictment charges defendant Paige with a prior conviction for a felony drug offense, to wit: felony possession of a controlled substance, Sacramento County, 1993.

   2. A status conference date is currently set for May 25, 2005, at 9:00 a.m before United States District Judge William B. Shubb. No trial date is set at this time.

   3. The government has provided defense counsel with discovery, which includes police reports, surveillance reports, audio tapes and a DVD relating to the alleged charges. After reviewing the discovery provided by the government and discussing the matter with the defendant, defense counsel needs additional time to conduct necessary pre-trial investigation as well as determine what

1  pre-trial motions will be filed, if any.  Further, it is anticipated the government will be providing
2  some additional discovery to the defense.
3      4. Based on the foregoing, counsel for the government and counsel for the defendant request
4  that the present status conference date be continued and set for June 22, 2005 at 9:00 a.m.  This date
5  has been approved by Sally Hoover.
6      5. Counsel for the government and counsel for the defendant stipulate that time be excluded
7  through June 22, 2005, the date of the status conference, under the Speedy Trial Act for need of
8  counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4.
9      Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this
10 stipulation on their behalf.
11 **IT IS SO STIPULATED.**
12 DATED: May 20, 2005            McGREGOR W. SCOTT
                                  United States Attorney
13
                                   /s/  Anne Pings
14                                ANNE PINGS
                                  Assistant U.S. Attorney
15
   DATED: May 20, 2005            LAW OFFICES OF SCOTT L. TEDMON
16
                                   /s/  Scott L. Tedmon
17                                SCOTT L. TEDMON
                                  Attorney for Defendant Timothy Paige
18
19                **ORDER**
20     GOOD CAUSE APPEARING and based upon the above stipulation, it is hereby ordered that
21 a status conference is set for June 22, 2005 at 9:00 a.m., before the Honorable William B. Shubb.
22 Based upon the above stipulation, it is further ordered that time is excluded under the Speedy Trial
23 Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4.
24     **IT IS SO ORDERED.**
25 Dated: May 23, 2005
26
27 _____
   WILLIAM B. SHUBB
28 UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28