1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 224
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4
   Attorney for Defendant
5  TIMOTHY PAIGE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,         )
12                                   )
                  Plaintiff,         )   Cr. No. S-05-0066 WBS
13                                   )
                                     )   STIPULATION AND
14        v.                         )   [PROPOSED] ORDER
                                     )   RE: STATUS CONFERENCE
15                                   )
   TIMOTHY PAIGE,                    )
16                                   )
                  Defendant.         )
17 _____  )

18        The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant

19 Timothy Paige, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

20        1. The indictment charges defendant Paige with one count of 21 U.S.C. §841 - Distribution

21 of Cocaine Base.  Additionally, the indictment charges defendant Paige with a prior conviction for

22 a felony drug offense, to wit: felony possession of a controlled substance, Sacramento County, 1993.

23        2. A status conference date is currently set for June 22, 2005, at 9:00 a.m before United

24 States District Judge William B. Shubb.  No trial date is set at this time.

25        3. The government has provided defense counsel with discovery, which includes police

26 reports, surveillance reports, audio tapes and a DVD relating to the alleged charges. After reviewing

27 the discovery provided by the government and discussing the matter with the defendant, new issues

28 have been raised which require additional time to conduct necessary pre-trial investigation by the

parties.

4. Based on the foregoing, counsel for the government and counsel for the defendant request that the present status conference date be continued and set for July 13, 2005 at 9:00 a.m. This date has been approved by Sally Hoover.

5. Counsel for the government and counsel for the defendant stipulate that time be excluded through July 13, 2005, the date of the status conference, under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4.

Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: June 21, 2005     McGREGOR W. SCOTT
United States Attorney

   /s/ Anne Pings
ANNE PINGS
Assistant U.S. Attorney

DATED: June 21, 2005     LAW OFFICES OF SCOTT L. TEDMON

   /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Timothy Paige

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, it is hereby ordered that a status conference is set for July 13, 2005 at 9:00 a.m., before the Honorable William B. Shubb. Based upon the above stipulation, it is further ordered that time is excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4.

**IT IS SO ORDERED.**

Dated: June 21, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE