LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 224
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
TIMOTHY PAIGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> TIMOTHY PAIGE, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr. No. S-05-0066 WBS <br><br> STIPULATED BRIEFING AND <br> TRIAL SCHEDULE; ORDER AND <br> EXCLUSION OF TIME |

     The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant Timothy Paige, through his counsel Scott L. Tedmon, hereby stipulate that the current briefing and trial schedule be vacated and the following briefing and trial schedule be adopted. Scott L. Tedmon, counsel for defendant Paige, needs additional time to review the discovery in this matter, confer with his client, conduct defense investigation, prepare any and all motions to be filed as well as prepare for trial. The proposed briefing and trial schedule is as follows:

     Defendant Paige shall file and serve all motions by September 21, 2005.

     Government's response shall be filed and served by October 5, 2005.

     Defendant Paige's reply shall be filed and served by October 12, 2005.

     The non-evidentiary hearing date on motions shall be October 26, 2005 at 9:00 a.m.

     Any evidentiary hearings, if necessary, shall be set on October 26, 2005.

     The trial confirmation hearing shall be November 9, 2005 at 9:00 a.m..

1   The jury trial shall commence on December 6, 2005 at 9:00 a.m.

2   Sally Hoover has approved these dates.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate that time should be excluded through October 26, 2005 under the Speedy Trial Act based on the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), [Local Code T4.]

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: August 24, 2005          McGREGOR W. SCOTT
                                United States Attorney

                                 /s/ Anne Pings
                                ANNE PINGS
                                Assistant U.S. Attorney

DATED: August 24, 2005          LAW OFFICES OF SCOTT L. TEDMON

                                 /s/  Scott L. Tedmon
                                SCOTT L. TEDMON
                                Attorney for Timothy Paige

### ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the briefing and trial schedule set forth above is hereby approved and adopted.

Based upon the above stipulation, IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), [Local Code T4] through October 26, 2005, the date of the hearing on the motions.

**IT IS SO ORDERED.**

DATED: August 26, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28