1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 224
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4
   Attorney for Defendant
5  TIMOTHY PAIGE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,          )
12                                     )
                   Plaintiff,          )      Cr. No. S-05-0066 WBS
13                                     )
                                       )      STIPULATED JURY TRIAL
14          v.                         )      DATE; ORDER AND
                                       )      EXCLUSION OF TIME
15                                     )
   TIMOTHY PAIGE,                      )
16                                     )
                   Defendant.          )
17  _____)

18          The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant

19  Timothy Paige, through his counsel Scott L. Tedmon, hereby stipulate that the current jury trial date

20  in this case be amended.  Jury trial in this matter is currently set to commence on Tuesday, December

21  6, 2005 at 9:00 a.m.  Counsel for defendant Paige is not available for trial the week of December 6,

22  2005.  The parties agree and stipulate to continue the jury trial one week to Tuesday, December 13,

23  2005 at 9:00 a.m.  Sally Hoover has approved this date.

24              **SPEEDY TRIAL ACT - EXCLUSION OF TIME**

25          The parties stipulate that time should be excluded through December 13, 2005 under the

26  Speedy Trial Act based on continuity of counsel and need of counsel to prepare pursuant to 18

27  U.S.C. §3161(h)(8)(B)(iv), [Local Code T4.]

28          Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their

                              - 1 -

1    behalf.

2    **IT IS SO STIPULATED.**

3    DATED: October 24, 2005                    McGREGOR W. SCOTT
                                                United States Attorney
4
                                                  /s/ Anne Pings
5                                               ANNE PINGS
                                                Assistant U.S. Attorney
6
7    DATED: October 24, 2005                    LAW OFFICES OF SCOTT L. TEDMON

8                                                 /s/   Scott L. Tedmon
                                                SCOTT L. TEDMON
                                                Attorney for Timothy Paige
9

10

11                                   **<u>ORDER</u>**

12        GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY

13   ORDERED that the jury trial date in this case is set for December 13, 2005 at 9:00 a.m.

14        Based upon the above stipulation, IT IS FURTHER ORDERED that time be excluded under

15   the Speedy Trial Act for continuity of counsel and need of counsel to prepare pursuant to 18 U.S.C.

16   §3161(h)(8)(B)(iv), [Local Code T4] through December 13, 2005, the date of commencement of the

17   jury trial.

18        **IT IS SO ORDERED.**

19   DATED: October 26, 2005

20

21   _William B. Shubb_____

22   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28