| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-05-066 WBS |
| v. | ) | |
| | ) | |
| TIMOTHY WAYNE PAIGE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                              ( ) Ad Testificandum

Name of Detainee:            Timothy Paige
Detained at (custodian):     DVI Deuel Vocational Institution

Detainee is:        a.)    (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
                              charging detainee with: **SUPERVISED RELEASE VIOLATION**
    or        b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)    ( ) return to the custody of detaining facility upon termination of proceedings
    or        b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                          is currently being served at the detaining facility

*Appearance is necessary on* **JUNE 30, 2008, at 2:00 P.M.** *in the Eastern District of California.*

Signature:                    /s/ Anne Pings
Printed Name & Phone No:    ANNE PINGS
Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                              ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on June 30, 2008, at 2:00 P.M. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if applicable):             _____      Male
Booking or CDC #:                G16970                                                DOB:   11/09/70
Facility Address:                  DVI - Tracy, 23500 Kasson Road                 Race:
                                         Tracy, CA 95376                                                   FBI #:
Facility Phone:                    (916) 874-5417
Currently Incarcerated For:   21 U.S.C. § 841 - Distribution of Cocaine Base

---

### RETURN OF SERVICE

Executed on   _____                 By:  _____
                                                                                                       (Signature)