1   LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
2   SCOTT L. TEDMON, CA. BAR # 96171
    717 K Street, Suite 227
3   Sacramento, California 95814
    Telephone: (916) 441-4540
4   Facsimile:  (916) 441-4760
    Email: tedmonlaw@comcast.net
5
    Attorney for Defendant
6   TIMOTHY PAIGE

7

8

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

    UNITED STATES OF AMERICA,            )
13                                        )
                    Plaintiff,            )   Cr. No. S-05-0066 WBS
14                                        )
                                          )   STIPULATION AND
15           v.                           )   [PROPOSED] ORDER
                                          )   RE: TSR HEARING
16                                        )
    TIMOTHY PAIGE,                        )
17                                        )
                    Defendant.            )
18   _____)

19          The United States of America, through Assistant U.S. Attorney Anne Pings, and defendant

20   Timothy Paige, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

21          1.  The amended petition charging a violation of supervised release alleging a new law

22   violation in Charge 1 and association with a known felon in Charge 2 was filed on July 18, 2008.

23   Counsel for defendant Paige has received a copy of the amended petition.  As of this date, defendant

24   Paige has not entered an admission to either of the charges.

25          2. A hearing date to admit or deny the amended petition is currently set for Monday, August

26   4, 2008, at 8:30 a.m before United States District Judge William B. Shubb.

27          3.  The government has advised defense counsel it needs some additional time to prepare

28   regarding certain aspects of the matter and requests a short continuance of the current hearing date.

                                          - 1 -

1    4. Defense counsel has spoken to Senior U.S. Probation Officer Dayna D. Ward regarding

2  the proposed continuance.  Probation Officer Ward has no objection to continuing the hearing on

3  this matter to Monday, August 11, 2008 at 8:30 a.m.

4    5. Defense counsel has no objection to a short continuance and the parties jointly propose

5  the hearing be continued one week to Monday, August 11, 2008 at 8:30 a.m.

6    6. Based on the foregoing, counsel for the government and counsel for the defendant request

7  that the present hearing date of Monday, August 4, 2008 at 8:30 a.m. be continued to Monday,

8  August 11, 2008 at 8:30 a.m.

9    Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this

10  stipulation on her behalf.

11    **IT IS SO STIPULATED.**

12  DATED: July 31, 2008                    McGREGOR W. SCOTT
                                            United States Attorney
13
                                             /s/ Anne Pings
14                                          ANNE PINGS
                                            Assistant U.S. Attorney
15
    DATED: July 31, 2008                    LAW OFFICES OF SCOTT L. TEDMON
16
                                             /s/ Scott L. Tedmon
17                                          SCOTT L. TEDMON
                                            Attorney for Defendant Timothy Paige
18

19                                    **ORDER**

20    GOOD CAUSE APPEARING and based upon the above stipulation, it is hereby ordered that

21  the hearing date on the amended petition for violation of supervised release presently set for

22  Monday, August 4, 2008 at 8:30 a.m. is continued to August 11, 2008 at 8:30 a.m., before the

23  Honorable William B. Shubb.

24    **IT IS SO ORDERED.**

25  Dated:  August 4, 2008

26

27  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

28

- 2 -